## Verification

I, Toni Richmond, declare under penalty of perjury that the foregoing is true and correct.

Executed on February __, 2008.

*[signature: Toni Richmond]*

Toni Richmond

**JUDGE SHADUR**
**MAGISTRATE JUDGE BROWN**