**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1151**

In the Matter of                                             Case Number:

TONI RICHMOND

v.

EXELON GENERATION COMPANY, LLC

**JUDGE SHADUR**
**MAGISTRATE JUDGE BROWN**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TONI RICHMOND

| |
|---|
| NAME (Type or print) <br> Tyler Manic |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Tyler Manic |
| FIRM <br> Lisa Kane & Associates, P.C. |
| STREET ADDRESS <br> 120 South LaSalle Street, Suite 1420 |
| CITY/STATE/ZIP <br> Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06290122 | 312-606-0383 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐