## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TONI RICHMOND, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No.:  08 C 1151** |
| v. | ) | |
| | ) | **Judge Shadur** |
| EXELON GENERATION COMPANY, | ) | |
| LLC, | ) | **Magistrate Judge Brown** |
| | ) | |
| **Defendant.** | ) | |

### DEFENDANT'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

Defendant Exelon Generation Company, LLC, by and through its attorneys, submits the following Notification of Affiliates pursuant to Rule 3.2 of the Local Rules for the Northern District of Illinois.

Defendant Exelon Generation Company, LLC is a wholly owned subsidiary of Exelon Ventures Company, LLC. Exelon Ventures Company is a wholly owned subsidiary of Exelon Corporation, a publicly traded company.

Respectfully submitted,

EXELON GENERATION COMPANY, LLC

By: _____s/Kent Sezer_____
                  One of Its Attorneys

KENT SEZER
EXELON BUSINESS SERVICES COMPANY
10 South Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7158
(312) 394-4895 fax

C104080