IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONI RICHMOND,<br><br>       Plaintiff,<br><br>v.<br><br>EXELON GENERATION COMPANY, LLC,<br><br>       Defendant. | Case No.: 08 C 1151<br><br>Judge Shadur<br><br>Magistrate Judge Brown |

**DEFENDANT'S AGREED MOTION FOR
ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING**

Defendant Exelon Generation Company LLC, by and through its undersigned attorneys, and, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, moves that the Court grant it an additional 30 days in which to file a responsive pleading in this matter. In support of its Motion, Defendant states as follows:

1. The parties have settled the case.

2. The parties are currently drafting a settlement agreement.

3. Defendant's current deadline for filing a response to the Complaint is March 17, 2008.

4. As part of the settlement, Plaintiff will be asking that the Complaint be dismissed with prejudice. Accordingly, no purpose would be served by the filing of a responsive pleading.

5. Plaintiff agrees to this Motion.

WHEREFORE, Defendant EXELON GENERATION COMPANY, LLC respectfully requests that this Court grant it until April 16, 2008 to respond to the Complaint in this case.

Respectfully submitted,

Date: March 17, 2008                              EXELON GENERATION COMPANY, LLC

By:      s/Kent Sezer
         One of its attorneys

Kent Sezer (ARDC No. 2556359)
Exelon Business Services Company
10 S. Dearborn St., 49th Fl.
Chicago, Illinois 60680-5379
(312) 394-7831
(312) 394-4895 - fax
Attorney for Defendant Exelon Generation Co., LLC