IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONI RICHMOND,　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　Plaintiff,　　　　　　　　　) | Case No.:  08 C 1151 |
| 　　　　　　　　　　　　　　　　) | |
| 　　v.　　　　　　　　　　　　　) | Judge Shadur |
| 　　　　　　　　　　　　　　　　) | |
| EXELON GENERATION COMPANY,　　　) | Magistrate Judge Brown |
| LLC,　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　) | |
| 　　Defendant.　　　　　　　　　) | |

NOTICE OF MOTION

To:　Lisa Kane
　　　Lisa Kane & Associates, PC
　　　120 South LaSalle Street, Suite 1420
　　　Chicago, Illinois  60603

**PLEASE TAKE NOTICE** that on Thursday, March 27, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Exelon Generation shall appear before the Honorable Milton I. Shadur or any judge sitting in his stead, in the courtroom usually occupied by him at the U.S. District Court for the Northern District of Illinois at Room 2388 in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present **DEFENDANT'S AGREED MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING**, a copy of which is herby served upon you.

　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 17, 2008　　　　　　　DEFENDANT EXELON CORPORATION

　　　　　　　　　　　　　　　　　By:　　　s/Kent Sezer　　　　　
　　　　　　　　　　　　　　　　　　　　One of its attorneys

Kent Sezer (ARDC #2556359)
EXELON BUSINESS SERVICES COMPANY
10 South Dearborn Street, 49th Floor
Chicago, Illinois 60603
(312) 394-7158 - (312) 394-4895 fax

C121310