**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Toni Richmond
                          Plaintiff,

v.                                               Case No.: 1:08–cv–01151
                                                    Honorable Milton I. Shadur

Exelon Generation Company, LLC
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 14, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Civil case terminated. On Plaintiff's oral motion, this action is dismissed without prejudice and without costs with leave to move to reinstate or enforce the settlement agreement on or before April 28, 2008. Absent a timely filed motion, this order will become final on April 29, 2008.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.